No. 83–1028.  McNeil v. Rafton et al.   C. A. 9th Cir. Certiorari denied.

No. 83–1033.  Satellite Television & Associated Resources, Inc. v. Continental Cablevision of Virginia, Inc., et al.   C. A. 4th Cir.   Certiorari denied.

No. 83–1034.  Brain et al. v. Roadway Express, Inc., et al.   C. A. 6th Cir.   Certiorari denied.

No. 83–1036.  Weisz v. United States.   C. A. D. C. Cir. Certiorari denied.

No. 83–1042.  Woo v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 83–1043.  Burns v. Georgia.   Ct. App. Ga.   Certiorari denied.

No. 83–1044.  Winicki v. Mallard et al.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 83–1048.  Armando De La Cerra v. United States. C. A. 9th Cir.   Certiorari denied.

No. 83–1049.  Harari et al. v. Bache Halsey Stuart Shields, Inc.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 83–1050.  Emrich et al. v. Touche Ross & Co. et al. C. A. 9th Cir.   Certiorari denied.

No. 83–1051.  Babcock Memorial Presbyterian Church v. Presbytery of Baltimore of the United Presbyterian Church in the United States of America et al.   Ct. App. Md.   Certiorari denied.

No. 83–1052.  Phillips v. Smith, Superintendent, Attica Correctional Facility.   C. A. 2d Cir.   Certiorari denied.